The Cyllene Corporation v. Fannie Eisen and Others.— The motion is premature, no order having been settled and entered upon the determination of the appeal. When that is done the motion for reargument or leave to appeal will be considered. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of Kupshire Coats, Inc., to Charles Goldberg against United States of America.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See *ante*, p. 574.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Frank L. Finlaw v. Maurice Wertheim and Others, Impleaded with Another. — Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 572.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Edjomac Amusement Corporation v. Empire State Motion Picture Operators Union,' Inc., Impleaded with Empire State Theatrical Stage Employees' Union, Inc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Edwin W. Inslee and Another v. Maurice H. Bob.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Dore and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of Kupshire Coats, Inc., to Charles Goldberg against United States of America.— Motion for reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ. [See *ante*, p. 696.]

P. V. Baranowsky Company, Ltd., Appellant, v. Guaranty Trust Company of New York, Respondent. Ida V. Gordon and Daniel E. Finn, as Sheriff of the County of New York, Plaintiffs, v. Guaranty Trust Company of New York, Respondent.— Plaintiff, Baranowsky Company, sues to recover $1,090,119.52 with interest, which it alleges it had on deposit with defendant on December 26, 1917, in a special account standing on defendant's books in the name of Russo-Asiatic Bank. In May, 1933, one Ida V. Gordon commenced an action against plaintiff Baranowsky Company in the Supreme Court, Richmond county, to recover $587,634.34 as damages for an alleged breach of contract. She secured a warrant of attachment and had it served on defendant. Upon defendant's denial that it owed anything to plaintiff, she brought an action in conjunction with the sheriff against defendant in aid of 'the attachment. The actions were consolidated. Judgment dismissing the complaints entered on a directed verdict in favor of defendant, after trial at Trial Term, a jury having been waived, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [156 Misc. 74.]

Gabriel L. Hess, Respondent, v. The Churchman Company and Guy Emery Shipler, Appellants.— Action for libel. Judgment entered on a verdict in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Lawyers Mortgage Company, Respondent, v. 330 W. 72 Corporation and Others, Defendants, Impleaded with J. H. Taylor Construction Co., Inc.,